IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROXIE STENNINE MURPHY                                        PLAINTIFF

v.                    CASE NO. 5:10CV00148 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the opinion of the court.  This is a sentence four remand.

SO ADJUDGED this 20th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE